UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION OF USA FOR 2705(b) NONDISCLOSURE ORDER FOR GRAND JURY SUBPOENA [GJ#21-9-131]

SC No. 1:22-sc-129

**Filed Under Seal**

## ORDER

This matter having come before the Court pursuant to an application under 18 U.S.C. § 2705(b) requesting an order directing DocuSign Inc. ("DocuSign"), an electronic communication and/or remote computing service provider located in San Francisco, CA, not to notify any other person of the existence of the attached grand jury subpoena issued by the United States on behalf of a federal Grand Jury empaneled in the United States District Court for the District of Columbia (the "Subpoena"), the Court finds reasonable grounds to believe that such disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 2705(b), DocuSign and its employees shall not disclose the existence of the Subpoena to any other person (except attorneys for DocuSign for the purpose of receiving legal advice) for a period of 180 days commencing on the date of this Order), unless the period of nondisclosure is later modified by the Court.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Date: January 20, 2022

HON OMAR J. ABOULHOSN
UNITED STATES MAGISTRATE JUDGE