UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF THE ) | SC. NO. 1:22-sc-01875 |
| UNITED STATES OF AMERICA FOR ) | |
| 2705(b) NONDISCLOSURE ORDER ) | |
| FOR GRAND JURY SUBPOENA ) | |
| [GJ#21-9-131] (Current GJ#22-1-28) ) | Filed Under Seal |

ORDER

This matter having come before the Court pursuant to an application requesting the issuance of an Order under Title 18, United States Code, Section 2705(a) and (b) to delay the notification required under 18 U.S.C. section 2703(b), which was previously delayed by the Court in an Order entered on January 20, 2022, for an additional ninety days commencing on the date this Order is entered.

IT APPEARING that notice of the application and Order entered by this Court on January 20, 2022 to DocuSign associated with the information sought in the January 20, 2022 Order, or any other person, would seriously jeopardize an ongoing investigation;

IT IS HEREBY ORDERED pursuant to Title 18, United States Code, Section 2705 that the notification by the Government otherwise required under 18 U.S.C. section 2703(b)(1)(B) relating to the January 20, 2022 Order shall be delayed for an additional ninety days.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, and that, for good cause shown, DocuSign and its employees shall not disclose the existence of the Subpoena to any other person (except attorneys for DocuSign for the purpose of receiving legal advice), the existence of the application or this Order of the Court, or the January 20, 2022 Order or application of the Court, or the existence of the investigation, to the listed subscriber or to any other person, for an additional ninety days.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States Attorney's Office with three certified copies of this application and Order.

_____
United States Magistrate Judge

_____
Date